IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00814-WYD-PAC

RE/MAX INTERNATIONAL, INC., a Colorado corporation,

    Plaintiff(s),

v.

INCOME STRATEGIES INSTITUTE, INC., a Utah corporation; and
SIDNEY B. SPERRY, an individual,

    Defendant(s).

---

### ORDER OF DISMISSAL

THIS MATTER is before the Court on the Stipulation of Dismissal With Prejudice Under Rule 41(a)(1)(ii), filed September 29, 2006 (docket #27).  The parties have stipulated to the dismissal with prejudice of all claims and causes of action in this case. Accordingly, it is hereby

ORDERED that this action is **DISMISSED WITH PREJUDICE**.

 Dated:  October 3, 2006

                                                      BY THE COURT:

                                                     s/ Wiley Y. Daniel
                                                     Wiley Y. Daniel
                                                     U. S. District Judge